Dismissed and Memorandum Opinion filed August 16, 2007








Dismissed
and Memorandum Opinion filed August 16, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00920-CV

____________

 

K-2, INC., f/k/a ANTHONY INDUSTRIES
d/b/a SIMPLEX PRODUCTS DIVISION, and FINESTONE, ET AL., Appellants

 

V.

 

LENNAR HOMES OF TEXAS LAND AND CONSTRUCTION, ET AL., Appellees

 



 

On Appeal from the
133rd District Court

Harris County,
Texas

Trial Court Cause
No. 2001-03176

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 19, 2006.  On July 30, 2007, appellant
filed an unopposed motion to dismiss the appeal because the case has settled.  
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
16, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.